IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICK RUANO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| JOHN DOE, AMAZON.COM SERVICES, INC. | § | |
| and AMAZON LOGISTICS, INC. | § | JURY DEMANDED |
|     Defendants. | § | |

**INDEX OF PLEADINGS, ANSWERS TO PLEADINGS,
PROCESS, AND ORDERS FROM STATE COURT ACTION**

The following is an index of the pleadings, process, and orders entered by the state court in as Cause No. 2021-13968; *Erick Ruano v. John Doe, Amazon.com Services, Inc. & Amazon Logistics, Inc.,;* 334th Judicial District Court of Harris County, Texas:

**EXHIBIT A**

    **A-1**. Docket Sheet

    **A-2**. Request for Issuance of Service - Amazon.com Services

    **A-3**. Request for Issuance of Service - Amazon Logistics

    **A-4.** Plaintiff's Original Petition and Jury Demand

    **A-5.** Certified Mail Tracking Number 7018 1830 0001 4427 0336

    **A-6.** Certified Mail Tracking Number 7018 1830 0001 4427 0169

    **A-7.** Certified Mail Receipt Amazon Logistics

    **A-8.** Certified Mail Receipt Amazon.Com Services

    **A-9.** Domestic Return Receipt - Amazon Logistics

    **A-10.** Domestic Return Receipt - Amazon.com Services

251574308v.1