Harris County Docket Sheet

# 2021-13968

**COURT:** 334th
**FILED DATE:** 3/10/2021
**CASE TYPE:** Motor Vehicle Accident



**RUANO, ERICK**
Attorney: CANTU, ROBERTO OMAR

vs.

**DOE, JOHN**

| Docket Sheet Entries | |
|---|---|
| Date | Comment |



## 202113968 - RUANO, ERICK vs. DOE, JOHN (Court 334)

Chronological History (non-financial) Print All

Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties
Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images

*** Note: Not every case file in our library of records is available in electronic format. (A document may be filed in a case that is not viewable electronically.) Only non-confidential civil/criminal documents are available to the public. If a document in a case you are looking for is not available, please click here to notify Customer Service.**

**Purchase Order ( 0 documents )**

**Print List**

| Image No. | Type | Title [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|---|
| 95184511 | Filing | Domestic Return Receipt | | 03/25/2021 | 2 | Add to Basket |
| 95184521 | Filing | Domestic Return Receipt | | 03/25/2021 | 2 | Add to Basket |
| 94971698 | Filing | Certified Mail Receipt | | 03/15/2021 | 1 | Add to Basket |
| 94971699 | Filing | Certified Mail Receipt | | 03/15/2021 | 1 | Add to Basket |
| 94803963 | Filing | Certified Mail Tracking Number 7018 1830 0001 4427 0169 | | 03/12/2021 | 2 | Add to Basket |
| 94803965 | Filing | Certified Mail Tracking Number 7018 1830 0001 4427 0336 | | 03/12/2021 | 2 | Add to Basket |
| 94749729 | Filing | Plaintiff's Original Petition and Jury Demand | | 03/10/2021 | 7 | Add to Basket |
| -> 94749730 | Filing | Request For Issuance of Service | | 03/10/2021 | 1 | Add to Basket |
| -> 94749731 | Filing | Request For Issuance of Service | | 03/10/2021 | 1 | Add to Basket |

[Z1A]

A-1