3/10/2021 3:19:47 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 51351100
By: BURTON, DANCHELLE
Filed: 3/10/2021 3:19:47 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served: **Plaintiff's Original Petition and Jury Demand**

FILE DATE: **03.10.2021** Month/Day/Year
SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: **Amazon.com Services, Inc.**

Address of Service: **211 E. 7th Street, Suite 620**

City, State & Zip: **Austin, Texas 78701, or wherever they may be found**

Agent (if applicable) **Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company**

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias        Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] E-Issuance by District Clerk
- [ ] MAIL to attorney at: _____  (No Service Copy Fees Charged)
- [ ] CONSTABLE
- [x] CERTIFIED MAIL by District Clerk

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- [ ] OTHER, explain _____

Issuance of Service Requested By: Attorney/Party Name: **Roberto O. Cantu**  Bar # or ID **24094580**

Mailing Address: **ROBERTS MARKLAND LLP, 2555 N MacGregor Way, Houston, Texas 77004**

Phone Number: **713.630.0900**

A-2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 6, 2021


Certified Document Number:        94749731 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**