## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 2021-13968 334th

AMAZON.COM SERVICES INC (FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED THROUGH CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH ST STE 620
AUSTIN, TX 78701
OR WHEREVER THEY MAY BE FOUND

9590 9402 5223 9122 0925 99

2. Article Number (Transfer from service label)

7018 1830 0001 4427 0336

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  Anna Mendoza
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAR 10 2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AAO
2021-13968

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

A-10

USPS TRACKING #

9590 9402 5223 9122 0925 99



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

Certified Document Number: 95184511 - Page 2 of 2

21 MAR 25 AM 9:40
03-25-2021

• Sender: Please print your name, address, and ZIP+4® in this box•

MARILYN BURGESS, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

A-10



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 8, 2021


Certified Document Number:        95184511 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**