IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICK RUANO,<br>*Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:21-cv-01180 |
| JOHN DOE, AMAZON.COM SERVICES,<br>INC. and AMAZON LOGISTICS, INC.,<br>*Defendants*. | § § § § | JURY DEMANDED |

### DEFENDANT AMAZON.COM SERVICES, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant AMAZON.COM SERVICES, INC. (hereinafter "Defendant"), one of the Defendants in the above-entitled and numbered cause, and, pursuant to Rule 12 of the Federal Rules of Civil Procedure, file this, its Original Answer to Plaintiff's Original Petition [Dkt. No. 1-6], and would respectfully show the Court as follows:

I.

### PARTIES

1.1   With respect to the allegations in Paragraph 1.1 of Plaintiff's Original Petition, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations found in Paragraph 1.1.  Therefore, Defendant denies the same.

1.2   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations found in Paragraph 1.2.  Therefore, Defendant denies the same.

1

1.3   Defendant admits the allegations in Paragraph 1.3.

1.4   Defendant admits the allegations in Paragraph 1.4.

1.5   With respect to Paragraph 1.5 of Plaintiff's Original Petition, Defendant is not required to respond.

## II.

## DISCOVERY

2.1   Defendant is not required to respond to Paragraph 2.1.

## III.

## VENUE & JURISDICTION

3.1   With respect to Paragraph 3.1 of Plaintiff's Original Petition, this case has been removed to this Court on the basis of diversity jurisdiction [Dkt. No. 1]. Venue is proper in the Southern District of Texas, Houston Division pursuant to 28 U.S.C. §1441(a).

3.2   With respect to Paragraph 3.2 of Plaintiff's Original Petition, this case has been removed to this Court on the basis of diversity jurisdiction [Dkt. No. 1].

## IV.

## FACTS

4.1   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations found in Paragraph 4.1. Therefore, Defendant denies the same.

## V.

## CAUSES OF ACTION

### Negligence

5.1   Defendant denies the allegations in Paragraph 5.1.

### Defendants Amazon Logistics and Amazon.com – Respondeat Superior

5.2   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations found in Paragraph 5.2.  Therefore, Defendant denies the same.

### Negligent Entrustment of a Motor Vehicle

5.3   Defendant denies the allegations in Paragraph 5.3.

### Negligent Hiring

5.4   Defendant denies the allegations in Paragraph 5.4.

### Gross Negligence

5.5   Defendant denies the allegations in Paragraph 5.5.

## VI.

## DAMAGES

6.1   Defendant denies that Plaintiff is entitled to the relief sought in Paragraph 6.1.

## VII.

## JURY DEMAND

7.1   Defendant is not required to respond to Paragraph 7.1.

## VIII.

## GENERAL DENIAL

8.1 Pursuant to Federal Rule of Civil Procedure 8(b)(3), Defendant generally denies any and all allegations and claims asserted by Plaintiff (except for those specifically admitted above) in his Original Petition and demands strict proof thereof by a preponderance of the evidence.

## IX.

## AFFIRMATIVE DEFENSES

9.1 In addition to and without waiving the foregoing, Defendant would assert that the acts, omissions, negligence, and/or fault of the Plaintiff and/or other independent parties or individuals over which Defendant had no control or for which Defendant is not legally responsible, constituted the sole proximate cause or, alternatively, a proximate cause of the incident made the basis of this suit and/or the damages allegedly sustained as a result of the incident made the basis of this suit. Therefore, Defendant would assert all rights, limitations, and defenses available under Chapters 32 & 33 of the Texas Civil Practice & Remedies Code, including his right for the jury to determine comparative and/or proportionate responsibility of all parties, third parties, responsible third parties, and settling persons.

9.2 In addition to and without waiving the foregoing, Defendant would assert that Plaintiff's damages, if any, were caused by an unforeseeable, independent, intervening and/or superseding event beyond the control of Defendant.

9.3   In addition to and without waiving the foregoing, Defendant would assert that Plaintiff's damages, if any, were caused by occurrences prior or subsequent to the occurrence at issue.

9.4   In addition to and without waiving the foregoing, Defendant would assert that the causal connection between Defendant's alleged acts and omissions and the occurrence made the basis of this lawsuit resulted from a separate and independent agency, not reasonably foreseeable, which constitutes the immediate cause of the occurrence made the basis of this lawsuit.

9.5   In addition to and without waiving the foregoing, Defendant would show that any injuries, damages, or liabilities complained of by Plaintiff herein are the result in whole or in part of pre-existing conditions, injuries, diseases, and disabilities or subsequent conditions, injuries, diseases, and/or disabilities of Plaintiff and are not the result of any act or omission on the part of Defendant.

9.6   In addition to and without waiving the foregoing, Defendant would assert that Plaintiff's damages, if any, were solely the result of an unavoidable accident.

9.7   In addition to and without waiving the foregoing, Defendant would assert all rights, limitations, and defenses available under Chapter 41 of the Texas Civil Practice & Remedies Code, including the limitations on the amount of recovery pursuant to Section 41.008 and 41.0105.

9.8   In addition to and without waiving the foregoing, Defendant would assert that the standards for imposing pain and suffering damages, including mental anguish, and for determining the amount to impose are unconstitutionally vague and excessive under the United States and Texas Constitutions.  Pain and suffering awards are

not given any definition or limitation. The law does not provide an objective standard or formula for valuing pain and suffering. Generally, pain and suffering damages are not the product of proof, and the history of pain and suffering damages awards suggest that they are used to punish.

9.9 In addition to and without waiving the foregoing, Defendant would assert all rights, limitations, and defenses available under Chapter 41 of the Texas Civil Practice & Remedies Code, including the limitations on punitive damages and prejudgment interest pursuant to Sections 41.007 and 41.008 for claims of punitive damages and/or prejudgment interest, if any. Pursuant to Section 41.008 of the Texas Civil Practice & Remedies Code, such limitations may not be known to the jury.

9.91 Defendant respectfully reserves the right to assert further defenses to this action as the case progresses.

## X.

## PRAYER

10.1 WHEREFORE, PREMISES CONSIDERED, Defendant Amazon.com Services, Inc. prays that Plaintiff take nothing by way of this litigation, that all costs of court be taxed against Plaintiff, and for such other and further relief to which they are justly entitled.

Respectfully submitted,

**HOLM | BAMBACE LLP**

By: _____
PETER J. BAMBACE
State Bar No. 01660900
pbambace@holmbambace.com
2900 Weslayan, Suite 610
Houston, Texas 77027
(713) 652-9700 – Telephone
(713) 652-9702 – Facsimile

**ATTORNEY FOR DEFENDANTS,**
AMAZON.COM SERVICES, INC. and AMAZON LOGISTICS, INC.

## CERTIFICATE OF SERVICE

On June 18, 2021, a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's CM/ECF (PACER) electronic filing service and in compliance with the Federal Rules of Civil Procedure.

_____
PETER J. BAMBACE

7