IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICK RUANO,<br>*Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:21-cv-01180 |
| JOHN DOE, AMAZON.COM SERVICES,<br>INC. and AMAZON LOGISTICS, INC.,<br>*Defendants*. | § § § § | JURY DEMANDED |

## **AMAZON.COM SERVICES, INC. AND AMAZON LOGISTICS, INC.'S**

## **RULE 26 INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, Amazon.com Services, Inc. and Amazon Logistics, Inc. (collectively "Amazon"), and hereby file and serve this, their Initial Disclosures, as required by Federal Rule of Civil Procedure 26(a)(1)(A). Defendants hereby reserve the right to supplement and/or amend these Initial Disclosures, as new and/or different information is discovered, and as discovery progresses.

1

Respectfully submitted,

**HOLM | BAMBACE LLP**

By: _____
PETER J. BAMBACE
State Bar No. 01660900
pbambace@holmbambace.com
HAYLEY D. FRIEDMAN
State Bar No. 24123253
hayley@holmbambace.com
2900 Weslayan, Suite 610
Houston, Texas 77027
(713) 652-9700 – Telephone
(713) 652-9702 – Facsimile

**ATTORNEY FOR DEFENDANTS,**
AMAZON.COM SERVICES, INC. and AMAZON LOGISTICS, INC.

## CERTIFICATE OF SERVICE

On Friday, August 27, 2021, a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's CM/ECF (PACER) electronic filing service and in compliance with the Federal Rules of Civil Procedure.

_____
PETER J. BAMBACE

## AMAZON.COM SERVICES, INC. AND AMAZON LOGISTICS, INC.'S
## INITIAL DISCLOSURES

(i)     the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

**RESPONSE:**     **Erick Ruano**
c/o Clive Markland
Rob O. Cantu
Johnny Papantonakis
ROBERTS MARKLAND LLP
2555 N. MacGregor Way
Houston, Texas 77004
713.630.0900 – Telephone
713.630.0991 – Facsimile
cm@robertsmarkland.com
rc@robertsmarkland.com
jp@robertsmarkland.com
*Plaintiff*

**Amazon.com Services, Inc.**
c/o Peter J. Bambace
Hayley D. Friedman
Holm | Bambace LLP
2900 Weslayan, Suite 610
Houston, Texas 77027
(713) 652-9700 – Telephone
(713) 652-9702 – Facsimile
pbambace@holmbambace.com
hayley@holmbambace.com
*Defendant*

**Amazon Logistics, Inc.**
c/o Peter J. Bambace
Hayley D. Friedman
Holm | Bambace LLP
2900 Weslayan, Suite 610
Houston, Texas 77027
(713) 652-9700 – Telephone
(713) 652-9702 – Facsimile
pbambace@holmbambace.com
hayley@holmbambace.com
*Defendant*

>**Jalen Jordan**
>16818 Tappengate Lane
>Houston, Texas 77073
>***Driver involved in the accident made the basis of this suit***
>
>**Pack & Ride, LLC**
>12711 Laurel Bank Way
>Houston, Texas 77014
>***Driver Jalen Jordan's employer at the time of the accident made the basis of this suit***
>
>**Signature Care TC Jester – Emergency Center**
>1925 East TC Jester
>Houston, Texas 77008
>(832) 742-0072
>***Medical Provider for Plaintiff***

(ii)   a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

>**RESPONSE:**   Documents, information, and other materials related to the medical condition and treatment of the Plaintiff related to his claims in this lawsuit
>
>Documents, information, and other materials related to the accident made the basis of this suit
>
>Documents, information, and other materials related to Jalen Jordan's employment
>
>Except where noted above, all documents, information, and other materials are located at Amazon's offices and/or on Amazon's electronic systems c/o Peter J. Bambace, Hayley D. Friedman, Holm | Bambace LLP, 2900 Weslayan, Suite 610, Houston, Texas 77027.

(iii)   a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

4

  **RESPONSE:**  Amazon is not claiming any economic damages at this time; however, Amazon will dispute the economic damages alleged by the Plaintiff.

(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

  **RESPONSE:**  Please see Insurance Policy attached hereto as Exhibit A. Amazon will supplement this response when a Protective Order is in place.